IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENNETH K. DICKINSON,

    Plaintiff,

v.

ELECTRONIC ARTS, INC., a Delaware corporation,

    Defendant.

Case No. 6:00-CV-659-ORL-19JGG

## STIPULATED DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED between the parties to this action, through their designated counsel, that this action shall be dismissed with prejudice. The parties shall bear their own costs.

DATED: March 21, 2001

_____
CHRISTOPHER B. HOCKETT (Cal. Bar No. 121539)
McCUTCHEN, DOYLE, BROWN & ENERSEN, LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000
Fax: (415) 393-2286
Attorneys for Defendant
Electronic Arts Inc.

SCANNED

21316182.1/22428-0008

DATED: March 20, 2001

_____
JOHN G. CHUPA (Michigan Bar No. P41777)
CHUPA & ALBERTI, P.C.
31313 Northwestern Hwy, Suite 206
Farmington Hills, Michigan 48334
Telephone: (248)-865-9588
Fax: (248) 865-9589
Attorneys for Plaintiff
Kenneth K. Dickinson

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was mailed via first class U.S. Mail on this 23rd day of March, 2001 to **John G. Chupa, Esquire, David Alberti, Esquire, Eric J. Knuth, Esquire, Chupa & Alberti, P.C., 31313 Northwestern Hwy., Ste. 205, Farmington Hills, MI 48334;** and **Robert B. Worman, Esquire, 105 E. Robinson Street, Ste. 540, Orlando, FL 32801.**

JEFFREY D. KEINER
Florida Bar No. 181678
FRANK A. HAMNER, ESQUIRE
Florida Bar No. 0059153
CHRISTINE NOWORYTA SMITH
Florida Bar No. 38164
GRAY, HARRIS & ROBINSON, P.A.
Suite 1400, 301 E. Pine Street
Post Office Box 3068
Orlando, Florida 32802-3068
Phone: (407) 843-8880
Fax: (407) 244-5690
Attorneys for Defendant, ELECTRONIC ARTS, INC.

and

CHRISTOPHER B. HOCKETT
California Bar # 121539
McCuthen, Doyle, Brown & Enersen, LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Fax: (415) 393-2286

KENNETH K. DICKINSON
v. ELECTRONIC ARTS, INC.

CASE NO.: 6:00-CV-657-ORL-19C